IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Malibu Media Copyright Litigation* | **ORDER SETTING CASE MANAGEMENT CONFERENCE** |
| | No. C 15-04088 WHA |
| | No. C 15-04108 WHA |
| | No. C 15-04109 WHA |
| | No. C 15-04110 WHA |
| | No. C 15-04111 WHA |
| | No. C 15-04112 WHA |
| | No. C 15-04150 WHA |
| | No. C 15-04152 WHA |
| | No. C 15-04153 WHA |
| | No. C 15-04154 WHA |
| | No. C 15-04155 WHA |
| | No. C 15-04156 WHA |
| | No. C 15-04157 WHA |
| | No. C 15-04158 WHA |
| | No. C 15-04159 WHA |
| | No. C 15-04160 WHA |
| | No. C 15-04161 WHA |
| | No. C 15-04162 WHA |
| | No. C 15-04163 WHA |
| | No. C 15-04164 WHA |
| | No. C 15-04165 WHA |
| | No. C 15-04166 WHA |
| | No. C 15-04167 WHA |
| | No. C 15-04168 WHA |
| | No. C 15-04169 WHA |
| | No. C 15-04170 WHA |
| | No. C 15-04171 WHA |
| | No. C 15-04172 WHA |
| | No. C 15-04173 WHA |
| | No. C 15-04174 WHA |
| | No. C 15-04175 WHA |
| | No. C 15-04176 WHA |
| | No. C 15-04178 WHA |
| | No. C 15-04179 WHA |
| | No. C 15-04194 WHA |
| | No. C 15-04195 WHA |

**United States District Court**
For the Northern District of California

|   |   |
|---|---|
| | No. C 15-04242 WHA |
| | No. C 15-04243 WHA |
| | No. C 15-04244 WHA |
| | No. C 15-04245 WHA |
| | No. C 15-04246 WHA |
| | No. C 15-04248 WHA |
| | No. C 15-04280 WHA |
| | No. C 15-04281 WHA |
| | No. C 15-04283 WHA |
| | No. C 15-04284 WHA |
| | No. C 15-04286 WHA |
| | No. C 15-04287 WHA |
| | No. C 15-04288 WHA |
| | No. C 15-04289 WHA |
| | No. C 15-04290 WHA |
| | No. C 15-04291 WHA |
| | No. C 15-04292 WHA |
| | No. C 15-04293 WHA |
| | No. C 15-04294 WHA |
| | No. C 15-04430 WHA |
| | No. C 15-04431 WHA |
| | No. C 15-04432 WHA |
| | No. C 15-04433 WHA |
| | No. C 15-04434 WHA |
| | No. C 15-04435 WHA |
| | No. C 15-04436 WHA |
| | No. C 15-04437 WHA |
| | No. C 15-04438 WHA |
| | No. C 15-04439 WHA |
| | No. C 15-04440 WHA |
| | No. C 15-04441 WHA |
| | No. C 15-04442 WHA |
| _____ / | No. C 15-04443 WHA |

A case management conference in each of the above-captioned matters is hereby scheduled for **MARCH 3, 2016 AT 1:30 P.M.** in Courtroom 8, 19th Floor, of the federal courthouse, 450 Golden Gate Ave. The cases shall be collectively referred to as "*In re Malibu Media Copyright Litigation*." The parties in each matter shall submit a joint case management statement by **FEBRUARY 25**.

**IT IS SO ORDERED.**

Dated: November 23, 2015.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE